

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

UAD

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 1, 2017

By E-mail

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn. NY 11201

      Re:    In re: Grand Jury Subpoena to WhatsApp
               Miscellaneous Docket No. 14-1501 (JO)

Dear Judge Orenstein:

      In connection with the Court's Order dated January 3, 2017, the government respectfully submits this letter to request that the Court order that the above-captioned matter be unsealed.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/
      Una A. Dean
      Assistant U.S. Attorney
      (718) 254-7000

Enclosures

UAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re: Grand Jury Subpoena to WhatsApp        P R O P O S E D   O R D E R

                                                               MC 14-1501 (JO)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Una A. Dean, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:      Brooklyn, New York
                 _____, 2017

                                                      _____
                                                      HONORABLE JAMES ORENSTEIN
                                                      UNITED STATES MAGISTRATE JUDGE
                                                     EASTERN DISTRICT OF NEW YORK